No. 10–1136. LOPEZ v. CANDAELE ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–1140. FINK v. RICHMOND ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–1141. HIXSON, ON BEHALF OF HIXSON, ET AL. v. STEINBERG, ACTING DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–1151. CRV ENTERPRISES, INC., ET AL. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 10–1152. WAESCHLE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED v. OAKLAND COUNTY MEDICAL EXAMINER ET AL. Sup. Ct. Mich. Certiorari denied.

No. 10–1153. TENENBAUM ET UX. v. ASHCROFT ET AL. C. A. 6th Cir. Certiorari denied.

No. 10–1155. HEGHMANN v. GEITHNER, SECRETARY OF THE TREASURY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 10–1157. AMERICAN SMALL BUSINESS LEAGUE v. SMALL BUSINESS ADMINISTRATION. C. A. 9th Cir. Certiorari denied.

No. 10–1161. HOWMEDICA OSTEONICS CORP. v. ZIMMER, INC., ET AL. C. A. Fed. Cir. Certiorari denied.

No. 10–1186. NADER ET AL. v. BENNETT, SECRETARY OF STATE OF ARIZONA. C. A. 9th Cir. Certiorari denied.

No. 10–1193. MARTIN-MATERA ET VIR v. TENNESSEE DEPARTMENT OF CHILDREN'S SERVICES ET AL. Ct. App. Tenn. Certiorari denied.

No. 10–1198. PURYEAR v. BUSS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 10–1213. TRUSTMARK INSURANCE CO. v. JOHN HANCOCK LIFE INSURANCE CO. (U. S. A.). C. A. 7th Cir. Certiorari denied.